SO ORDERED: October 20, 2016.



James M. Carr
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Indiana

IN RE:                )
                      )
Ronda Unique Kelley   )    CASE NO.  13-5707-JMC-7A
                      )
                      )
DEBTOR(S)             )

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 USC Section 2042, it is ORDERED that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the U. S. Bankruptcy Court is directed to remit to Ronda Kelley, 6678 Longwoods Circle, Indianapolis, IN 46254, the sum of $1,677.83 now held as unclaimed funds in the Treasury for creditor Ronda Unique Kelley.

###